UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

*Antoaneta Iotova*

*Issac Almaleh*

*Oleha Kalichenko*

_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

*Warden Herman. E. Quay MDC, Brooklyn*
and *Jane Doe and John Doe*
and *Doris Evans, federal agent*

_____

_____
Defendant(s).

[Insert full name(s) of defendant(s).  If you need additional
space, please write "see attached" and insert a separate
page with the full names of the additional defendants.  The
names listed above must be identical to those listed in Part I]

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   AUG 0 1 2019   ★

BROOKLYN OFFICE

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

# 19-cv-1957 WFK

JURY DEMAND

(YES) ✓   NO _____

*Amended Complaint*

I.   Parties:  (In item A below, place your name in the first blank and provide your present
address and telephone number.  Do the same for additional plaintiffs, if any.)

A.   Name of plaintiff _*Antoaneta Iotova, Issac Almaleh,*_
_# 15570104_  _Olena Kalichenko_  _# 15569104_

If you are incarcerated, provide the name of the facility and address. *Kalichenko-*
*Metropolitan Detention Center #85278053*
*At P.O.B 229002*
*Brooklyn, NY 11232*

Prisoner ID Number: _*Iotova 15570104, Almaleh 15569104*_
_*N. Kalichenko # 85278053*_

if you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

B.  List all defendants.  You must provide the full names of each defendant and the addresses at which each defendant may be served.  The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Warden Herman Quay
Full Name
Warden
Job Title
Metropolitan Detention Center
P.O.B 329002, Brooklyn, NY 11232
Address

Defendant No. 2

John Doe and Jane Doe
Full Name
Metropolitan Detention Center
Job Title
P.O.B 329002
Brooklyn, NY 11232
Address

Defendant No. 3

Doris Evans
Full Name
Metropolitan Detention Center
Job Title
POB 329002, Brooklyn, NY 11232

Address _____

**Defendant No. 4**

Full Name _____

Job Title _____

_____

Address _____

**Defendant No. 5**

Full Name _____

Job Title _____

_____

Address _____

II.   **Statement of Claim:**

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? _Metropolitan_ _Detention Center, Brooklyn, NY_ _____

_____

When did the events happen? (include approximate time and date) _____

_January 2018 to July 2019_ _____

_____

Facts: (what happened?)

Plaintiffs claim that they have been subjected to unconstitutional condition of confinement, including being harassed and sexually challenged by a transgender man, being subject to improper strip and search, being placed and held in Special Housing (shu) without due process and without reason, violation of civic rights without heat and electricity in late January 2019 to late February 2019.

II.A.   Injuries.   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Plaintiffs suffer psychological damages, medical treatment in Beaver, NC and, Carswell, Texas for Almaleh and Johova and hospitalization, IV for Olena Kalichenko

III. Relief: State what relief you are seeking if you prevail on your complaint.

1 Monetary compensation of 10 million dollars for each of the Plaintiffs plus interest.

2 Injunctive relief regarding placement of the inmates in "shu"

3. Injunctive relief of closing the facility MDC.

I declare under penalty of perjury that on ___07/27/19___, I delivered this
(date)

complaint to prison authorities at ___MDC___ to be mailed to the United
(name of prison)

States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: ___07/24/19___

_____
Signature of Plaintiff

155 70104      1556 9104

O. Kalichenko  8527853
Name of Prison Facility or Address if not incarcerated

_____
Address

_____
Prisoner ID#

*additional pages for the Complaint of O. Kalichenko*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_Olena Kalichenko_

_____

_____
                Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

_Doris Evans_

_____

_____

_____

_____
            Defendant(s).

[Insert full name(s) of defendant(s). If you need additional
space, please write "see attached" and insert a separate
page with the full names of the additional defendants. The
names listed above must be identical to those listed in Part I]

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

_1S-CV-1957 WFK_

JURY DEMAND

YES ✓    NO _____

I.    Parties:  (In item A below, place your name in the first blank and provide your present
      address and telephone number.  Do the same for additional plaintiffs, if any.)

      A.   Name of plaintiff _Olena Kalichenko_

      If you are incarcerated, provide the name of the facility and address:

      _Metropolitan detention center_
      _POB 329002, Brooklyn, NY 11232_

      _____

      Prisoner ID Number: _85278053_

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

B. **List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

_Doris Evans_____
Full Name

_federal correctional officer_____
Job Title

_Metropolitan detention center_____
_P.O. B 328002, Brooklyn, NY 11232_
Address

Defendant No. 2

_____
Full Name

_____
Job Title

_____

_____
Address

Defendant No. 3

_____
Full Name

_____
Job Title

_____
Address

Defendant No. 4                    _____
                                   Full Name

                                   _____
                                   Job Title

                                   _____

                                   _____
                                   Address

Defendant No. 5                    _____
                                   Full Name

                                   _____
                                   Job Title

                                   _____

                                   _____
                                   Address

II.    Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? R&D, strip searching area, Mdc Brooklyn

When did the events happen? (include approximate time and date) December 20th 2018 ; at least once or twice a week starting from April of 2015 until April of 2016 (when I used to work with food service department )

TRULINCS  85278053 - KALICHENKO, OLENA - Unit: BRO-E-A

--------------------------------------------------------------------------------

FROM: 85278053
TO: Pickett, Joice
SUBJECT: strip search
DATE: 07/24/2015 06:45:27 AM

Joyce please tell Robert that almost every single day  we come back from work we have to go through strip search which is extremely humiliating procedure, today we had to go through it again, I wanted to refuse and asked to be checked by the exray machine which is available and operating but the officer Doris Evans she refused me, she insisted I go through strip search infront of 5 other women who were there with me so I had to look at other women naked despite of my will and I was exposed to the same shame against my will as well, further more the officer in a very humiliating way made me take off my boots which were extremely dirty and using the same hands to pull with my hands upper lip of my month and lower one not caring that I may chatch a disease, then scword and couph again being naked, lift up the breast, etc, I dont want to go through the whole humiliating procedure in detail when I objected and told her that I dont want to see another woman naked or to be seen by another woman naked the officer started to be extremely rude, threatening to call the warden and for her personally to strip search us, she claimed us to be the property of their institution and claimed we had no rights and they can expose us to insulting strip search every day anytime they want to without any  explanation....I was crying all night....and the day they did it before I could not work at all and cryed all the time, everybody from the team saw me crying....

I want to address this issue to the judge, I really feel I cannt go through this procedure anymore but I want to work expecially when I need the money from the paycheck to send to my family. Please tell Robert that I also want to proceed with the lawsuit against them I am sick and tired of their crimes and them violating basic human right and cant take it anymore. They didnt do it once or twice, they make us go through it almost every day we come back from work and we work 5 days a week, the experience we are going through is very damaging for the female phycology, it feels like you were raped.

Thank you
Olena
-----Pickett, Joice on 7/23/2015 10:36 AM wrote:

>

Olena,

I will forward your request to Bob.

Joyce

email correspondence with FBI to be forwarded to:

1) Russian embassy
2) Alyona
3) Svetlana
4) Denis
5) Murat
6) Kiev Post

Congresswoman Nadia M. Velazquez
266 Broadway, Suite 201
Brooklyn NY 11211

Councilman Justin Brannan
8018 5th Avenue
Brooklyn, NY 11209

Facts: (what happened?) Quote from my email to my attorney Robert LaRusso: Joyce please tell Robert that almost every single day we come back from work we have to go through strip search which is extremely humiliating procedure, today we had to go through it again, I wanted to refuse and asked to be checked by the xray machine which is available and operating but the officer Doris Evans she refused me, she insisted I go through strip search infront of 5 other women who were there with me so I had to look at other women naked despite of my will and I was exposed to the same shame against my will as well, furthermore the officer in a very humiliating way made me take off my boots which were extremely dirty and using the same hands to pull with my hands upper lip of my mouth and lower one not caring that I may catch a disease, then several and caugh again being naked, lift up the breast etc. I don't want to go through the whole humiliating procedure in detail when I objected and told her that I don't want to see another woman naked or to be seen by another woman naked the officer started to be extremely rude, threatening to call the warden and for her personally to strip searching us, she claimed us to be the property of their institution and claimed we had no right and they can expose us to insulting strip search every day anytime they want to without explanation. I was crying all night... and the day they did it before I could not work at all and cryed all the time, everybody from the team saw me crying.

On December 20th 2018 I was going to court and was wainting at the holding cell together with the 6 other females who were going to court together with me. The same officer Doris Evans forced all of us togo through the humilating strip search procedure in front of each other despite of my refusal. She said I knew who to complain to. March Nieves who is openly homosexual after the striping made sexual comments regarding myself.

II.A. Injuries. If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Severe psycological trauma which resulted in multiple suicidal attempts
Was never treated by a professional doctor.

III.    Relief: State what relief you are seeking if you prevail on your complaint.

monetary compensation in the amount of 3 million dollars
to be able to pay for the treatment of severe
pshycological trauma suffered by me as a result
of this sexual abuse.

I declare under penalty of perjury that on ___7/25/19___, I delivered this
                                              (date)
complaint to prison authorities at ___MDC_____to be mailed to the United
                                      (name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _07/25/2019_          _Olena Kalichenko_ _(signature)_
                              Signature of Plaintiff

                              _MDC Brooklyn_
                              Name of Prison Facility or Address if not incarcerated
                              _POB 328002, Brooklyn, NY 88232_


                              Address


                              _85278953_
                              Prisoner ID#

rev. 12/1/2015

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
### for the

Olena Kalichenko
_____
Plaintiff/Petitioner

v.

Doris Evans
_____
Defendant/Respondent

)
)
)
)
)
)

Civil Action No. 18-CV-1857 (WFK)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____MDC Brooklyn_____
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are:  $ _____, and my take-home pay or wages are:  $ _____ per

(specify pay period) _____

3. *Other Income.* In the past 12 months, I have received income from the following sources (check all that apply):

| | Yes | No |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☐ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future. gift $100

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _____none_____.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (describe the property and its approximate value):

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (describe and provide the amount of the monthly expense):

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

daughter, Kalichenko S.
unable to pay support due to incarceration

8. Any debts or financial obligations (describe the amounts owed and to whom they are payable):

none.

Declaration: I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: ___7/25/2019___

_____
Applicant's signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PRISONER AUTHORIZATION

Case Name: ___Olena Kalichenko___ vs. ___Doris Evans___
(Enter full name of plaintiff(s))      (Enter full name of defendant(s))

Docket Number: ___19___-CV-___2857___ ( WFK )
(Enter the docket number if available; if filing with your complaint, leave blank)

The Prison Litigation Reform Act ("PLRA" or "Act") amended the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained in any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350 has been paid, **no matter what the outcome of the action.**

SIGN AND DATE THE FOLLOWING AUTHORIZATION:

I, ___Olena Kalichenko___ (print or type your name), request and authorize the facility institution or agency holding me in custody to send to the Clerk of the United States District Court for the Eastern District of New York, or, if this matter is transferred to another district court, to the Clerk of the transferee court, a certified copy of my prison account statement for the past six months. I further request and authorize the facility or agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Eastern District of New York. This authorization shall apply to any facility or agency into whose custody I may be transferred, and to any other district court to which my case may be transferred and by which my *in forma pauperis* application may be decided.

I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT <u>EVEN IF MY CASE IS DISMISSED</u>.

_____        ___07/25/2019___
Signature of Plaintiff                         Date Signed

Prisoner I.D. Number(s) ___85278953___

Name of Current Facility ___MDC Brooklyn___

rev. 2/11

To the Eastern District Court of New York

Antoaneta Iotova
Issac Almaleh
Olene Kalichenko
Plaintiffs                                    19-cv-1957(WFK)

V/s Warden of MDC
    Herman E Quay
and John Doe and Jane Doe
and Doris Evans, federal officer MDC
            Amended Complaint
    about Sexual assault gender
    discrimination, severe violation
    of constitutional rights and civil
    rights, and violation of religious
    rights of the Plaintiffs

Your Honor,

Please take in consideration the original
Complaint and the amended Complaint
against the Defendants. Plaintiffs
think that the violations against them
are policy of the institution Metropo-
litan Detention Center and deem
responsable the institution and the
principal for the severe violations
and abuse of the constitutional, civil
rights, for the gender discrimination,

sexual assault and violation of their religious rights. The institution and its principal refused to address and solve the violations and as a result Plaintiffs suffer serious psychological and sexual assault trauma.

1. Plaintiffs are incarcerated in MDC (Metropolitan Detention Center, Brooklyn) from the period:

Antoaneta Totova - from April 2018 till now July 2019

Issac Almaleh - from January 2018 to now July 2019

Olena Kalichenko - from 2015 till now July 2019

1. Plaintiffs are incarcerated in MDC in separated units for men and women. Plaintiff Totova and Plaintiff Almaleh are wife and husband, and the family couple is placed in different units, accordingly separated for men and women.

2. Women's unit consists of approximately 40 women. In this women's unit are placed also men, transgender men, who are actually men by gender. In a unit of 40 or less persons

②

there are 10% men, transgenders. This policy placement severely violates the constitutional and the civil rights of all the women, placed in 3 N unit. All the women are placed in 3 N unit.

3. The women's unit 3N is a common space, like a summer camp floor with common showers and bathrooms. Women are forced to share the common space, the bathrooms and the showers with the transgender men and to sleep in beds next to their beds for the whole time of the Plaintiffs in jail from: April 2018 to now for Plaintiff Totova 2015 till now for Plaintiff Kalichenko The distance between beds is 1 foot, meaning the people are sleeping one hand apart, together men and women, while the family couple Plaintiffs Totova and Abdalleh are separated in different units.

4. Plaintiff Totova from the very beginning of her stay in MDC, Brooklyn April 2018 was placed in the bed next to a man, where she stayed for #6 (six) months from April 2018 to October 2018. Totova didn't know

from the beginning that the person is a man, because he freely undressed in front of all the girls in the unit and slept naked on the top. All the women were undressing in the unit, most of them even didn't suspect that the person is a man. The man has fake boobs so he pretends to be a woman, and often shows his boobs in front of everybody and to the cameras (security), sometimes sqeezing them in front of the security cameras, who are usually watched by other men. He uses also a woman's name to hide his gender, which is not his real name.

5. The transgender man next to Iotova was sexually agressive and seducing, twirking in the face of Plaintiff Iotova with his ass all the time. This behaviour affects all the women in the unit because was openly demonstrated in the unit. In one ocasion in February 2019 he was holding a long tamale, that he was pushing in her face, saying that this was his pussy. While Iotova was placed directly to him, the transgender organized his friends, mostly gay women around him,

4

and seduced them while they were rubbing their pussies with hot bottles. He was openly showing his boobs, demonstratively squeezing them and screaming "I want dick". It happened right in the face of Totova, who was placed 1 foot apart in the next bed.

It is anticonstitutional sexual harassment, that is stimulated by the staff, who was accomodating in this way the inmates. Plaintiffs think that the principal of the institution MDC and the unit manager are directly responsible for creating conditions for sexual assault.

That placement of the inmates directly provokes gay activity. In the unit 3N, women's unit, are placed big group of gays, individuals from the same gender, who are sexually aggressive and seducing the other females, stimulating them to join their community. The behaviour is highly provoked by the transgenders, who act as both women and men to satisfy their sexual desires. The man next to Totova acted literally as a predator in chase of hers

pray, especially to more weaker individuals. Some of these transgender individuals go to jail for the purpose to sexually seduce other inmates. The jail is a paradise for these sexually unsatisfied gays who otherwise would have had difficulties to find so big amount of partners.

6. The transgender men, placed in unit 3N, women's unit in MDC, have mens' characteristics of the body, tall height and strong muscles, big hands and legs, narrow thighs and other characteristics. Deffinitely the body of the transgenders is stronger and some times bigger than most of the women. At the same time they are provided in jail with hormons to pretend whatever gender they want.

7. The above mentioned transgender man, who slept next to Totova, in February and end of January 2019 became aggressive and started to threaten Totova, because she mistakenly addressed him as him, not as her. He was threatening her by using his men's characteristics,

6

as his big hands, which he was clapping in her face, even chasing Totova in the unit, clapping his hands and screaming in her face "Are you scared bitch?" Totova was called also numerous times "white bitch", "stinking mouth", "the devil" and others, which insults aggrevated in the period between January and February 2019 in unit 3N, women's unit of MDC.

8. The same transgender organized his friends, most of them with big bodies and strenght to get rid of Plaintiff Totova and to put her in "shu", in solitary confinement. Totova has been bullied for everything she was doing in the unit, like simple operations of closing and opening of the door, changing the t.v channels and other small things. Cursing her in Jamaican slang and sreaming loudly in her face to startle her and to scare her that the attack is imminent. Totova has been thinking that sooner or later she would be punched or stabbed in the face.

(7)

9. According to psychological report of MCC, Manhattan Totova is not supposed to stay in solitary confinement in shu. But the said transgender organized his friends to cop her out in the computer, advocating for placing Totova in shu. Totova tried to explain to the personnel in MDC to what bully she has been exposed while her stay in MDC, but the 99% black personnel of MDC, Brooklyn sympatized with the black transgender men and his black friends, and finally put Totova in shu. The unit manager and the principle of the institution are directly involved in the placement of Totova to shu. Mrs. Bridges the unit manager of women's department in the end of January 2019 personnaly ordered moving of Totova to shu.

10. Totova was kept in shu for 15 days, this is the max amount of time, after which staying in shu is considered torture. Most of the inmates are kept there for 1 month, 2-3 months, and even 6 months. The personnel didn't care about Totova's psychological condition and the consequences

⑧

that could have aggrevated severely her condition. The personnel just joined the bully and the discrimination. Totova has been exposed the entire time in MDC.

10. Totova stayed in "shu" from the end of January to the middle of February 2019 as a direct order from the unit manager Bridges, supported by the principal of the institution, that adopts practices to give broad permission of the lower personnel to place people indefinitely in solitary confinement.
In "shu" Totova was not provided any help. She was kept without heat in winter months and without proper food. Three times in a row she has been served for lunch peanut butter, to which Totova is allergic. Together, that she was kept hungry, she had no connection with the outside world. She had no communication with her lawyer or her contacts. Telephone call to her lawyer has been denied to her. Actually nobody knew where she was, because nobody could find her there.

11. The "shu" conditions are worst than a scary movie. To a white, educated and intelligent woman, who is not sentenced or violent, this punishment for Totova is exceptionally traumatic. She had never seen anything like that in her life. The people in "shu" are treated like animals or slaves. The personnel is pleased to place more people there to sadistically harasse them and humiliate them. The food is served through a small hole in the door, going to the showers is done in shackles with chains on the legs and the hands. The air is coming in the "shu" trough a small hole in the wall, and it smelled of smoke, because of the fire in the men's unit at that time.

12. The personnel of the unit refused to provide reason why Totova was placed in "shu". She tried to find out why by filing BOP forms for remedy 08 and 09 and 10 to the regional office of BOP in February and March 2019. The response of the institution and BOP regional office was not giving an answer why Totova was placed in shu.

(10)

There wasn't a revelent answer from BOP, regional office, but they advised Tetera that she can file a lawsuit. The personnel have been placing people in "shu" without reason, just for the fun of excersizing their power on the inmates, especially the black personnel to feel their superiority over the unprotected victims from European countries, who can't do anything to defend themselves, because the BOP system for complaints doesn't work at all, and even aggrevates the condition of the inmates. Being in "shu" deteriorated enormously the psychological condition of Tetera.

13. Returning to the unit from the "shu" in the mid February 2019, in the unit 3N, women's unit have been placed two more transgender men. The situation in the unit could be described as Sodom and Gomor. The first mentioned transgender continued to show constantly his boobs, inclu-ding at the fence to the men's unit, frashing and twirking his ass in the face of the women. The transgenders were entering the beds of the women, kissing, hugging

and messaging them, secretly watching them, undressing and actually actively stimulating active sex activity. Both women Plaintiffs are not aware what else has been done in the night hours, but the transgenders have been noticed in numerous occasions together in the the beds of the women.

14. The transgenders had constantly sexually abusive and seductive behaviour. In any possible way they were trying to show their plastic boobs, staying without bras all the time, pointing nipples with tight shirts and pants, sitting demonstratively against the women with open legs, and even riding some women. Plaintiffs noticed that one of the transgenders is excited, aroused and was looking inside his pants. Later he was noticed in the bed of another Woman.

15. The personnel of MDC always supported this group of men in the women's unit, caring only for their rights and the rights of the gays and the lesbians, rather than the rights of the women. Any constitutional

(12)

rights have been neglected and abused. Both women Plaintiffs were exposed to sexual assault and violation of their rights personally that is a direct result of the gay friendly community created by the principal's practises to discriminate the women in their native born gender.

16. Plaintiff Olena Kalichenko was exposed to additional sexual assault by the personnel, result of the adopted practises of strip and search and freely interpreted by the staff of the institution, MDC. Going to work in the kitchen in the period between 2018 and also 2017 she has been stripped and searched every day for 1 year in front of a big group of people. Some of them have been stripped also, the inmates, but the other half have been staff members, and between them them 5-7 people. During the whole work in the food services all the females were subjected to group strip searches on a regular basis. Here is how Kalichenko describes the first time the whole prosidure to her lawyer "... almost every single day

we came back from work, we have to go through strip search, which is extremely humiliating procedure. Today we had to go through it again. I wanted to refuse and asked to be checked by the xray machine, which is available and operating, but the officer Doris Evans refused me. She insisted that I go through strip search, in front of 5 other women, who were there with me so I had to look at other women naked, despite of my will, and I was exposed to the same shame against my will as well. Further more the officer in a very humiliating way made me take off my boots, which were extremely dirty, and using the same hands to pull with hands the upper lip of my mouth and the lower one, not caring that I may catch a disease. They squat and cough again being naked, lift up the breast etc. When I objected and told that I don't want to see anybody naked or to be seen by another woman naked, the officer started to be extremely rude, threatening to call the warden and her perso- nally to strip search us, and claimed

14

we had no rights and they can expose us to insulting strip search every day anytime they want without any explanation.

I was crying all the night and the day they did it before I couldn't work at all and cried all the time. Everybody from the team saw me crying. I really feel I can't go through this procedure anymore. I was sick and tired of their crimes and them violating basic human rights, and I can't take this anymore. They didn't do it once or twice, they made it even the day we came back from work and we work 5 days a week. The experience we are going through is very damaging for female psychology. It feels like you were raped. I have suffered a tremendous trauma from the experience and was never offered absolutely no help. I never understood why I should take off all my clothes in front of all these women. Why should I spread my botox and show it to everyone. Why should I lift my breasts and expose them to everybody."

17. The fact described in the testimony of Olena Kalichenko are common practice of MDC, Brooklyn and the Defendants are personally responsible for these practices. They continue till now in the institution. These practices affect both men and women population. The officers are watching inmates asses and thouroughly search in every w hole of their bodies. The extent of this procedure is so wide that the officers are even watching the inmates sitting on the toilet together with them inside the toilet. It is severe violation of the constitutional and the civil rights of the inmates, that is constantly conducted against all the Plaintiffs.

18. Plaintiff Kalichenko is a white woman from Eastern Europe from conservative religious family. The experience to be stripped down in front of all these women has been so devastatingly humiliating that for some time Plaintiff has been thinking of a suicide.

Plaintiff Kalichenko went on

a hunger strike 2 times in the period of 2 year. She is still recovering from psychological trauma, hast hunger strike without food and hospitalization - June 2019. Complaining to the unit management about the sexual harassment, Olena Kalichenko has been placed also in "shu", where are placed also people with suicidal thoughts. How this place could have helped these people is another question. The "shu" and the humiliating experience caused hard trauma to Plaintiff Kalichenko. Instead to address the issue, the personnel of MDC, managed by the warden, was trying first, to hide the situation, and then, to apprevate the condition of the person to the extent that he would not complain any further.

Olena also filed the institutional forms for remedy 08, 09, 10 where she was also referred to the Court for further resolution and absolutely no one paid attention to her complaint.

20. Three Plaintiffs personally

made attempt to complain through the institutional channels about the existence of sexually aggressive men in the women's unit. All of the three filed forms 08 to 11 with the same O effect. No one responded adequately to their complaints. The complaints were made from February 2019 to April 2019 and the Plaintiffs filed a lawsuit after the Regional office of BOP, which under the supervision of the Department of Justice, responded that they had right to file a lawsuit.

21. In another occasion Plaintiff Tohova experienced another humiliation regarding the practices in MDC, Brooklyn. She asked the officer on duty, Mrs Spivy to put her bra in the toilet, because men were coming to the unit for count and she didn't want her breast to be obviously seen through the t-shirt. The officer didn't allow Tohova to go to the bathroom or to move from her spot, next to her bed and told her: "You can put your bra here, we are all women!!!" The officer even wanted to put Tohova in "shu" for disturbing the

(18)

recall order by asking to go to the bathroom. In "recall order" the inmates have to stay in the bed area, close to their beds, but that doesn't prevent them to to go to the bathrooms. Mrs. Totova was kept for half an hour without the officer to allow her to visit the bathrooms.

22. The husband of Mrs Totova, Mr. Almaleh, realized later in February 2019 that Mrs. Totova was placed in "shu", because she complained about sexual harassment. While in "shu" the husband Almaleh lost any communication with her and didn't know her location. Totova was placed there against all the rules and regulations of the institution and against human rights, but Almaleh couldn't do much to help her because he himself was locked 24h a day in a cell in the men's unit with a gay due to the fire in the department. The staff didn't allow anybody to exit the cells for 10 days because of that fire accident. 10 days the men's unit was kept locked in the cells, the food supply was done only once a

day, dry food, like a pack of "bologna" or "tuna fish". The men didn't have any communication with anyone because were deprived of telephones and computers, and what was worse the electricity was shut off. In this dark cave conditions the men stayed for 10 days. Medications were irregularly provided, food was dry and unprepared, there was no heat in the month of February in NYC. Mr. Almaleh filed all the necessary forms for complaint with the conditions, but also was referred to the Court for complaint. It happened in February 2019. In MDC, Brooklyn.

23. As a highly religious Jew with conservative traditions from Eastern Europe, the family of Almaleh and Totva has been exposed to extreme antisemitism and racism and discrimination during the whole stay in MDC, Brooklyn, from the beginning of 2018 till now July 2019 by the 99% black personnel in the jail. Their behaviour was not subject to control and accountability by the managerial staff and the warden.

Totva and Almaleh are also both politicians from the Republican

Party, Florida, confronted in NY with the 99% officers, supporters of the Democratic Party, who were highly hostile and abusive to the Plaintiffs.

24. Almaleh was informed about the situation in the woman's unit. While he is separated by the rules of the institution from his wife, Plaintiff Totova shared bedroom space with other men. He can't protect his wife Plaintiff Totova from the abuses she has been exposed, he couldn't defend her honor and dignity, humiliated by other men. Totova was forced to sleep next to men, undress there, share bathroom and showers with them, to be constantly bullied by the staff, who always sided with the group of the transgenders. This is abuse to the belief of the family, abuse of their religious rights, human rights, women rights, constitutional rights. The personnel of MDC, Brooklyn with the head warden Herman Quay has lost any kind of humanity and respect to the humans. They have lost their sense of decency and have turned the women's

unit into a whore house.

For the reasons above Plaintiff ask the Honorable Court for a decision as follows:

(1.) For the violation of constitutional and civil rights, & for the psychological trauma, sexual bully and assault, gender discrimination and damages Plaintiff Totova asks for compensation of 10 million dollars. plus interes from the date of first filing the case.

(2.) For the psychological trauma, sexual assault, gender discrimination severe violation of constitutional and civil rights Plaintiff Kaltchenco asks for compensation of 10 million dollars, plus interest from the date of the first filing of the case.

(3.) For the severe violation of constitutional and civil rights, for psychological trauma, sexual assault on his family, gender discrimination, separation of families, religious abuse Plaintiff Almaleh asks for compensation of 10 million dollars, plus interest from the date of first filing of the case.

(4.) All the Plaintiffs ask for injunction relief regarding the placement of the inmates in "shu" without reason and without specific period of no more than

(22)

15 days, according to the international standards for avoiding torture in the places for detention.

5. Injunctive relief of closing the facility MDC, Brooklyn as not corresponding to human conditions of detention and against the separation of the families in pretrial condition MDC Brooklyn looks like concentration camp closed in Europe 75 years ago, where people have been tortured and forced to do slave functions, humiliated by a group of sadistic, low educated individuals, unaccountable and uncontrolable by the principal, the warden, the BOP management and the Department of Justice.

Plaintiffs again, ask the Honorable Court to provide for them an attorney to defend their rights like it is done in any civilized country.

07/24/19                          Signature
                                  Almadeh
                                  O. Kalichenko

Address:

Metropolitan Detention Center
Antoaneta Iotova   # 15570104
Olena Kalichenko  # 85278053
Issak Almaleh  # 15569104
P.O.B. 329002
Brooklyn, NY 11232

24

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

EXHIBIT

REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Kalichenko Olena      8529805    3N    Mdc

**LAST NAME, FIRST, MIDDLE INITIAL**    **REG. NO.**    **UNIT**    **INSTITUTION**

**Part A– INMATE REQUEST**

On December 10th 2018 I was going to court and was waiting at the holding cell together with the 6 other females who were going to court together with me. Officer Doris Evans forced all of us to go through the humiliating strip search procedure in front of each other despite of my refusal. She said I knew who to complaint to. I was being forced to strip in front of a woman named Nieves who is openly a homosexual ('is married to another woman) and is sexually attracted to females, after the striping Nieves made sexual comments regarding myself.

2/25/19

**DATE**      Kalichenko Olena    **SIGNATURE OF REQUESTER**

**Part B– RESPONSE**

 

 

**DATE**          **WARDEN OR REGIONAL DIRECTOR**

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**    CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

**LAST NAME, FIRST, MIDDLE INITIAL**    **REG. NO.**    **UNIT**    **INSTITUTION**

SUBJECT: _____

**DATE**      **RECIPIENT'S SIGNATURE (STAFF MEMBER)**

USP LVN    PRINTED ON RECYCLED PAPER    BP–229(13) APRIL 1982

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Totova, Antoaneta M.    15570104    3 N    MDC

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST**

In the end of January 2019 I was locked for 2 weeks in Shu and want to know why. I accept this as bully, discrimination and mockery that could affect my psychological condition. I need compensation. It happened a day I complained about bully from a transgender man, who was clapping hands in my face and screaming "Are you scared bitch." Keeping men in the unit is illegal. Their number increased after I went out of shu

02/25/19

DATE

SIGNATURE OF REQUESTER

**Part B– RESPONSE**

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

THIRD COPY: RETURN TO INMATE

CASE NUMBER: _____

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

PRINTED ON RECYCLED PAPER

BP–229(13)
APRIL 1982

**Requirement for submission of this request directly to the Regional Director, Bureau of Prisons.**

When the inmate believes that he may be adversely affected by submission of this request at the institution level because of the sensitive nature of the complaint, he may address his complaint to the Regional Director. He must clearly indicate a valid reason for not initially bringing his complaint to the attention of the institution staff.

If the inmate does not provide a reason, or if the Regional Director or his designee believes that the reason supplied is not adequate,   the inmate will be notified that the complaint has not been accepted. The form sent to the Regional Director will not be returned. However, the inmate may prepare a new request and submit it at the institution if he wishes.



...enter

Antoaneta Iotova # 15570104

P.O.B 329002

Brooklyn, NY 11232

USMS

To: The Eastern District Court N.Y.

225 Cadman Plaza E

Brooklyn, NY 11201