FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 19 2020 ★

BROOKLYN OFFICE

To the Eastern District Court of NJ

Antoaneta Iotova
Issak Almaleh                    19-cv-1957
Olena Kalichenko
Plaintiffs

v/s Warden Herman E Quay
Metropolitan Detention Center
Bureau of prisons
Department of Justice
Doris Evans
Jane and John Doe

<u>Second Amendment Complaint</u>

Complaint for sexual assault, gender discrimination, severe violation of Constitutional rights, violation of human and civil rights, violation of religious rights

Your Honor,

Plaintiffs start this action because in institution Metropolitan Detention Center, Brooklyn, where the Plaintiffs are incarcerated, severely

violated their civil rights, Constitutional rights and refused to address and solve them and as a result Plaintiffs suffer serious psychological trauma and are exposed to sexual assault. Plaintiffs think that the policy of the institution, the negligence of the principal and the management, and all the above defendants are responsible for the abuse.

1. Plaintiffs are incarcerated in MDC, Brooklyn in separate units for men and women. Plaintiff Totova and Plaintiff Almalek are wife and husband, and husbands are placed in different units from their wife, accordingly for men and women.

2. Women's unit consists of approximately 40 women. In this women's unit are placed also men. Plaintiffs ask the Honorable Court to check the definition of a man, because these individuals are legally men, by birth and by nature. The Memorandum order confusingly defines them. They personally think of themselves as transgenders and the Court adopts that and refers to

them. as transgenders, when they are men, have been accepted, booked and placed in life as men, initially, and at later time moved to the women's unit.

In a unit of 40, women or less have been placed 10% men at the time of the Complaint, January and February 2019. This placement severely violates the Constitutional and civil rights of all the women, including both Plaintiffs Toteva and Kalichenko, but also of their legal husband's rights.

3. Women's unit is a common space, like a summer camp floor with common showers and bathrooms. Women are forced to share the common space, the bathrooms and the showers with the men, and to sleep in, beds next to their beds. The distance between beds is 1 foot meaning the people are sleeping

one hand apart, together men and women, while the families are separated.

4. Plaintiff Totova from the very first beginning, was placed in the bed next to a man, where she stayed for a few months. Totova didn't know from the beginning that the person is a man, because he freely undressed in front of all the girls, and slept nqued on the top, where he had fake breast. All the women were undressing also there, most of them didn't even suspect that that person is a man.

The man pretended to be a women with the fake boobs, and often showed his boobs publicly in front of everybody and to the cameras in the unit (supposedly operated by men). He also used a woman's name, istead his real name, to hide his gender.

(4)

5. The men was willing to change his gender but was officially man. These people who are transgenders are provided with hormones, that are not medical necessity, while essential medications for treatment of diseases like hepatitis are denied by BOP, because of their high price. Totova has no knowledge if this man has applied for hormones or if he was provided with them.

6. That transgender man next to Totova was sexually aggressive. Twerking in the face of Plaintiff Totova his buts all the time. In one occasion holding a long tamale, that he was pushing in her face, he was saying that it was his pussy.
The transgender man organized his friends, gay women, around him and seduced them while they were rubbing their pussies with hot bottles. He was openly showing to them his boobs, demonstratively squeezing them and

screaming "I want dick."
It happened right in the face
of Toteva, who was placed
in the next bed.
It is anticonstitutional sexual
harassment, that is stimulated
by the staff, by accommodating
the inmates in this way. Not to
talk about the big gay commu-
nity in the jail, individuals
from different gender in different
stage of transformation of their
gender, sexually aggressive
and seducing the others, stimulating
them to join their community.
Some of them intentionally go to
jail just for that reason.
It is direct result of the policy
of MDC and the Bureau of
prisons, the above Defendants.
7. Toteva was transferred to Texas, Carswell,
from August 2019 to December
2019, where she was exposed
to more aggressive individuals,
men by gender, extremely
strong and violent. One of
them placed in the same
room with women inmates (the
unit is in separate room in a

(6)

hospital building with in room bathroom and shower) started to threaten all the women including Jotova "I will kill you, bitches". After that he was removed to the shu (the solitary confinement), that didn't happen in Metropolitan Detention Center, Brooklyn, under the management the entire period from September 2016 to April 2019, when men have been placed in the women's unit, where were placed also Plaintiff Kalichenko and Plaintiff Jotova.

8. Plaintiffs think that the whole policy of BOP and Department of Justice is responsible for distribution and stimulation of the homosexuality, the jails are turned into paradise for these individuals, sexually unsatisfied gays and lesbians, who otherwise would have had difficulties to find so big amount of partners. This policy severely violation the civil rights and the

religious rights of the inmates, and destroys the whole society worse than weapon of mass destruction.

9. The men (transgenders) placed in MDC between September 2017 - April 2019, had men's characteristics of the body, tall height and strong muscles, big hands and legs, narrow tights and other men's characteristics. Definitely the body of the transgenders is stronger and bigger than most of the women. At the same time they are provided in jail with hormones to pretend whatever gender they want and plastic surgery to remove the breast, all of this free of charge.

10. The above mentioned man, transgender, who slept next to Totova for 6 months in January 2019, became aggressive and started to threaten Totova, because she addressed him as him, not as her. He was threatening her by using his men's characteristics as his big hands,

⑧

which he was clapping in her face, even chasing her in the unit clapping his hands and screaming in her face "Are you scared, bitch?" Totova was called also numerous times "white bitch", "stinking mouth", "the devil" and others.

11. The same man (transgeder) organized his friends, most of them with big bodies and strenght, to get rid of Plaintiff Totova and to put her in "shu", in solitary confinement. Totova has been bullied and discriminated for everything she was doing in the unit, like closing the outside door, changing the t.v channels and other small things. Cursing her in Jamaican dialect and screaming loudly in her face to startle her and to scare her that the attack is imminent and she has been thinking that sooner or later she would be punched or stabbed in the face. The personnel stimulates this behaviour and discriminates the women with heterosexual orientation, with conservative

religious views.

12. According to psychological forensic report provided by Metropolitan ~~Detention~~ Correctional Center, Manhattan, Totova is not supposed to stay in solitary confinement, in "shu". But the same man organized his friends to cop her out in the computer advocating for placing Totova in "shu". Totova tried to explain to the personnel of MDC, Brooklyn, to what bully she has been exposed, but the 99% black personnel of MDC, Brooklyn, sympatized with the black trasgender man and his black friends, and finally put Totova in "shu".

13. Totova was kept in "shu" for 15 days, max time frame after which the stay there is considered torture according to the international laws. Most of the inmates are kept there for 1 month and even 2-3 months and more.

"..." Personally unit manager Bridges placed her in "shu"... The personnel didn't care about Totova's psychological condition and the consequences that could have aggrevated severely her condition. She was not provided any psychology treatment, help or attention. She had no connection even with her lawyer that violates her right guaranteed by the Constitution.

The personnel just joined the bully and the discrimination Totova has been exposed the entire time in MDC from 09/17 to 08/19, being a white, Jewish, heterosexual woman from Eastern Europe.

14. In the "shu" Totova was not provided with any medical (psycho) or dental help. She was kept without heat in the winter and without proper food. Three times in a row she has been served for lunch peanut butter, to which Totova is allergic. Together that she was kept hungry and cold, she had

not any connection, with the outside world, neither her lawyers, neither her contacts. She asked for a telephone call to her lawyer, it was denied to her. Actually nobody knew she was there, because nobody could find her there. This happened at the end of January 2019, beginning of February 2019.

15. The "shu" conditions are worst than a scary movie. To a white, educated and intelligent woman, who is not sentenced, just detained, who is not violent or danger for anyone, this punishment for Plaintiff Totova is exceptionally traumatic. She had never seen anything like that in her life. People in "shu" are treated like animals. The personnel is pleased to place more people there to sadistically harasse them and humiliate them. The food is served through a small hole in the door, going to the showers is done in shacules, with chains on the legs and the hands. The air is coming in the "shu"

through a small hole in the wall. At the time of the placement of Totova, there was a fire in the whole jail, the air was contaminated with $CO_2$ and smelled of smoke. Totova could hardly breath and the fire alarm was frequently activated during her stay – end of January 2019, beginning of February 2019.

16. The personnel of the institution, refused to provide due process of the law and the procedures of BOP. The unit personnel refused to provide reason why Totova was placed in "shu". She tried to find out why by filing the institutional BOP forms for administrative remedy 08 and 09 and 10, but even after that the personnel refused to provide a reason, Actually the personnel has been placing people in "shu" without reason, just for the fun of excersizing their power on the inmates, especially the black personnel usually

discriminately to suppress and feel superiority over the unprotected victims, who can't do anything to defend themselves, because the system for complaints doesn't work at all in MDC and even aggravates the conditions of the confinement.

Being in "shu" deteriorated enormously the psychological condition of Totova, who was placed in MDC by order of the judge to improve her mental state, after psychological trauma.

17. Returning to the unit from "shu" in February, 2019, the women's unit has accommodated more men. Their number raised to 10% of the population. This is severe violation of the civil rights of inmates Totova and Kalichenco. The situation in the unit could be described as Sodom and Gomorah. The above man, transgender, continued to show constantly his boobs,

including at the fence to the men's unit, flashing and twirking "his ass in the face of the women.

The transgenders were entering the beds of the women, kissing, hugging, and massaging them, riding them as horses, secretly watching them undressing, and actually actively stimulating active sex activity. Both women Plaintiffs are not aware what else has been done in the night hours, but the transgenders have been noticed in numerous occasions together in the beds of the women.

18. The transgenders had constantly sexually abusive and seductive behaviour. In any possible way, they were trying to show their plastic boobs, staying without bras all the time, pointing nipples with tight shirts and pants. Sitting demonstratively against the women with open legs, the

Plaintiffs noticed that one of the transgenders is excited, aroused, and looking inside his pants. Later he was noticed in the bed of another woman. Here we definitely are talking about men by birth and by nature and by law.

19. The personnel of MDC always supported the group of men in the unit, of the women caring only for their rights and the rights of the gays and the lesbians, rather than the rights of the women. Any Constitutional rights have been neglected and abused.

20. Plaintiff, Kalichenko was exposed to additional sexual assault by the personnel. She was subject to group strip and search, every day for 1 year, in front a big group of people. Some of them have been stripped also, but other half have been staff members, only watching. One of them is Doris Evans. Plaintiff Kalichenko is a white woman from Eastern Europe

from conservative religious family. The experience to be stripped down in front of many people has been so devastatingly humiliating that Olena Kalichenko tried two suicide attempts, has been hospitalized 2 times and stayed for days in critical condition totally dehidrated. Last public stripsearch was in December 2018.

21. Complaining to the staff about the sexual harassment, she has been placed also in "shu", where are placed also people with suicidal thoughts. This is the practice of MDC, Brooklyn. Imagine what effect could have the isolation on a already psychologically disturbed person. How the staff hoped to help a person by sending him in solitary confinement.

The "shu" and the humiliating experience caused hard trauma to Plaintiff Kalichenko. Instead to address the issues, the personnel and the policy of the institution is hiding the situation and the person, denying him any psychiatric help, which

aggravates the condition of the inmate, to the extend that he would not complain any further.

22. The appearance of the second group of men, sexually aggressive, in the women's unit shocked the two women Plaintiffs so much, that they decided to complain through the institutional channels with form 08, 09, 10. Nobody responded adequately to their complaints. The truth was hidden and everybody avoided to use the words as it is: men living in the women's unit.

23. The public strip and search continues till now in the institution MDC. The officers are watching the women's buts and thouroughly search in every hole of their bodies. The extent of this procedure is so wide that the officers are even watching the women sitting on the toilet, staying with them inside the

toilet.

24. Plaintiff Iotova asked in one occasion the officer on duty, her spivy to go to the bathroom to put her bra, because men are coming to the unit for count, and she didn't want her breast to be obviously seen through the shirt. The officer didn't allow Iotova to go to the bathroom or to move from her spot next to her bed and told her: "You can put your bra here, we are all women!!!" The officer even wanted to place Iotova in shu for disturbing the recall order by asking to go to the bathroom. In recall order, the inmates have to stay in the bed area close to their beds, but that doesn't prevent them to go to the bathrooms. Mrs Iotova was kept for half an hour without the officer to let her visit the bathroom. The incident happened in December 2018.

25. The husband of Mrs. Iotova,

Mr. Almaleh realized 2 weeks later that Tobva was in "Shu", because he lost any communication with her and didn't know her location. Tobva was placed there against all the rules and Regulations, under the supervision of the unit Manager Jane Doe at that time directly ordered by her. She was placed there against human rights, against the civil rights of the inmates, to place a mentally disabled at that time person in a inhuman environment H considered to here in any civilized societies. Almaleh couldn't do much to help her, neither her 2 attorneys, neither her family. He himself was locked 24h a day in a cell in the men's unit with a gay companion in the cell. The staff didn't allow anybody to exit the cells for 10 days because of the fire at the end of January 2019 and the beginning of 2018 February 2019.

10 days the men's unit was kept locked in the cells, the food supply was done irregularly once a day, dry food, a pack of "bolonia" or "tuna fish". The men didn't have any communication with anyone because were deprived of telephones and computers and what was worse the electricity was shut and the men stayed in dark cave condition. This continued for 10 days. Medications were also irregularly provided, heat was shut off in the month of February in New York city. Plaintiff Almaleh suffered severe violation of his civil rights He is disabled person over 65 years in a wheelchair, heart disease and diabetes. In this con. health condition he was kept:

1 — with no heat in the winter
2 — locked in a cell 24h a day with no movement at all
3 — irregular dry food supplies once a day. 4. — irregular supply of medications, lack of medications
5 — total disconnection with

the outside world and his lawyer and his family.

6 - , without electricity 24h a day in a cave condition, where he could not even write a letter, or read a book.

26. Plaintiff Tebova and Plaintiff Kalichenko also suffered the same conditions in the women's unit, where there are no cells. But Tebova was exposed to the same lock down being in the "shu" at the same time, where she had lack of oxygen, due to the fire and the connection between the ventilation system and the smoke of the fire that penetrated entirely the system and prevented Tebova to breathe.

Plaintiff Kalichenko and Plaintiff Tebova suffered from

1 - irregular supplies, of food
2. irregular once a day supply of food in small quantity, dry pack of tuna.
3. total lack of communication with the entire word, no telephone and computer.

4. No heat in the month of January, February

27. Plaintiffs Totova, Almaleh and Kalichenko are highly religious people, with conservative traditions, from Eastern Europe. Almaleh is highly religious Jew and their Jewish family has been exposed to extreme antisemitism and discrimination from the 99% black personnel in the jail. Totova and Almaleh are also both politicians from the Republican Party, Florida. Confronted with 99% officers and guards, supporters of the Democratic Party, who were highly hostile and abusive to the Plaintiffs, highly prejudiced and unjust.

28. Plaintiff Almaleh was informed about the situation in the women's unit. While he is segregated from his wife Plaintiff Totova and can't protect her honor and dignity, which were abused by another man. Totova was forced to sleep next to men,

to undress there, to share bathrooms and showers with them, to be constantly bullied by the staff, who always sided with the group of the transgenders, discriminating the inmates on gender by birth. This is abuse to the belief of the family, abuse of their religious rights, constitutional rights. The personnel of MDC Brooklyn, supervized by Warden Herman Quay has lost any kind of humanity and respect to the humans. They have lost their sense of decency and have turned the Women's Unit into a whore house.

The MDC policy, the actions and lack of adequate action by the Warden H. Quay are the reasons for the events above.

For the bully, abuse, discrimination and other civil rights violations are responsible other members of the staff described above, including but not limited to unit manager Bridges, Jane Doe and John Doe guards and officers in MDC, Brooklyn.

24) BOP and DOJ are responsible party for their unresponsiveness

to the Plaintiffs' complaints to their forms for administrative remedy, for continuously placing only Black personnel in the institution, discriminating any other races from placement as officers and guards, that creates the conditions for further abuse and discrimination.

BOP Regional office and DOJ, Central office, responsible for the detention center Brooklyn, refused to respond and ignored the problems raised by the Plaintiffs of placing men in the women's unit, of separating families in the detention centers, while placing other men with other people's wife.

Warden Quay and his principal BOP are responsible also for their negligence during the fire at the end of January 2019, beginning of February 2019, when all the inmates suffered severe, unhumane conditions. The personnel of MDC is responsible for illegal group strip and search, that is violating the Fourth Amendment. Even the strip and search could be justified by

security reasons, group strip and search, in front of a big group of guards, voieurs, is unconstitutional and is not justified by any policy of the institution, or any laws.

Warden H. Quay and BOP and DOJ are responsible for the violation of the constitutional religious rights. Forcing Jewish women to undress in front of other men could not be tolerated by any other religion. That's a mass practice that was addressed with institutional forms 09, 10, 11, but was not responded

Unreasonable placing in shu of mentally disabled people, or mentally unstable creates serious danger of aggravating. The personnel knew of the condition and purposely tried to aggravate it. Responsible party are numerous officers, Jane Doe and John Doe and warden Quay, who didn't respond to the institutional forms, neither BOP or DOJ Deffendants. Mental disability is not less disability than any other, but DOJ refers to it differently and refuse to address the problem.

Losing your mind is as hard as losing your hearing or eyes. Plaintiffs Totova and Kalichenko really lost their minds. It is proved by psychological reports, which could not be presented here because they are filed in Court under seal, and are not public information. Plaintiff Kalichenko even tried suicide 2 times by hunger, she really lost her mind and wanted to end her life from the unbearable conditions in MDC, Brooklyn. The reports about Totova are under seal. The personnel of MDC knew about the dangers and purposely, even criminally aggravated the situation, while Warden Quay contributed with his inactions and negligence, as his principal BOP and DOJ.

For the reasons above Plaintiffs ask the Honorable Court for a decision as follows:

1. For the psychological trauma, sexual bully and assault, religious discrimination and

violations, unbearable conditions, violation of civil and Constitutional rights Plaintiff Dobria asks for compensation of 10 million dollars.

2. For the psychological trauma, sexual assault, bully and the resulting damages, gender and religious discrimination, unbearable conditions, violation of civil and Constitutional rights Plaintiff Kalichenko asks for 10 million dollars compensation.

3. For the separation of the family, abuse of family honor and respect, abuse of human and civil rights, constitutional and religious rights, unbearable conditions, discrimination on gender Plaintiff Almaleh ask for 10 million dollars compensation.

4. All the Plaintiffs also ask for the legal interest on the compensation from the date of filing the first Complaint.

Please, your Honor, don't allow

the anticonstitutional acts of BOP, MDC and DOJ staff member, John Doe and Jane Doe to be left unpunished. All the acts of the officers. In these acts are committed during their duties as officers of the Bureau of prisons and the Department of Justice of the USA. Plaintiffs ask for justice.

It is of no importance who wrote the Complaint and the Amendments with her handwriting. All the content was provided by the participants in the events, the victims, all the Plaintiffs, and the Complaint was approved by all of them. The hand-writing is used for the fact that the inmates have no computers or internet, or a simple machine to write the text. They are kept in a cage without any access to the civilizational devices.

All of the Plaintiffs handwriting their signatures, and collectively Submitted the Complaint. It is not true that one person wrote or Signed for another. All of the Plaintiffs signed the Petition to the Court and the Plaintiffs ask

the Court to accept it in its entirety with all the Amendments, written by all of them.

03/14/2020

Signature: 1. Miller
2. T. Ayoola
3. O. Kalichenko

57-DG-MMH   Document 49   Filed 03/19/20   Page 3
250

Metropolitan Detention Center
Antoaneta Iotova 15570104
P. O. B 329002
Brooklyn, NY 11232

NEW YORK NY
16 MAR 2020 PM

USA FOREVER   USA FOREVER

To: Eastern District Court of NY
225 Cadman Plaza E
Brooklyn, NY 11201

112013 1832 C030

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232
The enclosed letter was processed through
mail procedures for forwarding to you.
If the writer has neither been opened nor inspected.
which this writer raises a question or a problem over
to return the material for further information
or clarification if the writer encloses correspondence
for forwarding to another address with the above address.
return the enclosure to the above address.