ORIGINAL



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   AUG 0 3 2020   ★

BROOKLYN OFFICE

UUNITED STATES DISTRICT COURT

To the Eastern District Court of New York

Issak Almaleh

Antoaneta Iotova

Plaintiffs



RECEIVED
AUG 03 2020
PRO SE OFFICE

Vs

Warden Herman Quay, MDC

Metropolitan Detention Center (MDC)

Bureau of Prisons

Department of Justice

Officer Doris Evans

Unit manager Myrna Bridges

Officer Keisha Spivey

John Doe and Jane Doe

USA

**case 19-1957 cv**
**(WFK)**

Honorable Judge Bloom

# **Third Amended Complaint for Sexual Assault, Gender Discrimination, Violation of Constitutional rights, Violation of Human and Civil rights, Violation of Religious Rights, Tort**

## <u>Claim for damages, (physical and mental), against BOP, the Department of Justice and USA</u>

Your Honor,

Please, take into consideration all the complaints submitted by the Plaintiffs and the amendments, together with that last amendment. Plaintiff Kalichenko is excluded from the Plaintiffs as per order of judge Kunz.

Plaintiffs start this action because the USA, in the face of the institution Metropolitan Detention Center, Brooklyn, where the Plaintiffs were incarcerated, severely violated their civil rights and refused to address them, and as a result Plaintiffs suffered a serious psychological trauma that ended with serious physical and psychological damages for the Plaintiffs. They were constantly exposed to sexual assault and Plaintiffs think that the policy of the institution, the negligence of the principal and the management and no interference of the Department of Justice, representing the USA, total lack of control and responsibility of the above institutions as BOP and the DOJ, and all the above Defendants together and separately are responsible for the abuse Plaintiffs have suffered.

**Background:**

1. Plaintiffs are incarcerated in MDC Brooklyn for the period as follows:

- Issak Almaleh from January 2018 till July 2019;

- Antoaneta Iotova from April 2018 till July 2019;

- Olena Kalichenko from August 2015 till November 2019.

2. Plaintiffs are incarcerated in MDC Brooklyn in separate units for men and women. Plaintiff Iotova and Plaintiff Almaleh are wife and husband and they are placed in different units, separately husband and wife.

3. Women's unit consists of approximately 40 women. In this women's unit are placed also men, at the time of their incarceration their number is around 10 % men. Plaintiffs ask the Honorable Court to check the definition of man, because these individuals are legally man, by birth and by nature. The memorandum order of judge Kunz confusingly defines them, They personally think of themselves as transgenders, and the court adopts that and refers to them as transgenders, when they are men, have been accepted, booked and placed in MDC as men initially, and at later time have been moved to the women's unit.

4. In a unit of 40 women or less in the time of the complaint, January and February 2019 in the women's unit have been placed 10% men. That placement severely violates the Constitutional and civil rights of all the women in the unit, including all the Plaintiffs' rights, including both Iotova

3

and Kalichecnko and also their legal husband's rights, in our case Plaintiff Almaleh.

5. The women's unit 3N is a common space, like a summer camp floor with common showers and bathrooms. Women are forced to share this space, the bathrooms and the showers with the man and have to sleep in beds next to their beds. The distance between the beds is 1 foot, meaning the people were sleeping one hand apart, together men and women, while the families are separated. That happened for the time of Plaintiff's incarceration from April 2018 till April 2019.

6. Plaintiff Iotova from the very beginning of her stay in MDC Brooklyn from April 2018 was placed in the bed next to a man, where she stayed for around 6 months. Iotova didn't know from the beginning that the person is a man because he was freely undressing in front of all the girls and slept naked on the top, where he had fake breasts. All the women were dressing also there, most of them didn't even suspecting that that person is a man. The man pretended to be a woman with the fake boobs and often showed them to everybody and in front of the cameras in the unit (supposedly operated by man). He also used a woman's name instead of his real name to hide his gender.

7. The man could be willing to change his gender, but was officially man at the time of the accident September 2017 August 2019. These people, who were transgenders in MDC are provided with hormones, that are not medical

4

necessity, while essential medications for treatment of diseases, like hepatitis, are denied by BOP because of their high price. Plaintiffs have no knowledge if this man has applied for hormones or if he was provided with them.

8. That transgender men, next to Iotova was sexually aggressive, twirking in the face of Iotova his butts all the time. In one occasion, in February 2019, holding a long tamale he was pushing it in her face, saying that it was his pussy. The transgender man organized his friends, gay women, around him and seduced them, while they were rubbing their pussies with hot bottles, he was openly showing to them his breasts, demonstratively squeezing them and screaming "I want a dick". It happened right in the face of Iotova, who was placed in the next bed. It is anticonstitutional sexual harassment, that is stimulated by the staff by accommodating the inmates in this way. Plaintiffs think that the principle of the institutional MDC Herman Quay and the unit manager Bridges are directly responsible for creating conditions for sexual assault. In the unit 3N are placed also a big group of gay women, from the same gender, sexually aggressive and abusive. That placement of the inmates directly provoke gay activity in the unit 3N. That behavior is highly provoked by the transgenders men, who act as both women and men to satisfy their sexual desires. Some of these transgender individuals go to jail for the purpose of sexually seduce other inmates in the jail, where is a paradise for the sexually unsatisfied men. The transgender man next to Iotova acted as a predator in chase of his pray.

5

9. Plaintiff Iotova suffered deep psychological drama of commingling and living next to these transgenders and when her condition became worst she was transferred to federal medical facility Carswell Texas, from August 2019 to December 2019, to recover  her psychological health. There she was exposed to more aggressive individuals, men by gender, extremely strong and violent, one of them placed in the same room with the women. Inmates in Carswell, Texas are in separate rooms in a hospital building with the room bathroom and shower. When the man started to threaten the women, including Plaintiff Iotova, with "I will kill you, bitches" he was immediately removed to the "SHU", (the solitary confinement), that didn't happen in Metropolitan Detention Center, Brooklyn, under the management from September 2016 to April 2019, when men have been placed constantly in the women's unit, where were placed also Plaintiffs Iotova and Kalichenko.

10. Plaintiffs think that the whole policy of Bureau of Prisons and the Department of Justice is responsible for the distribution and stimulation of the homosexuality, turning the jails into a paradise for these sexually unsatisfied individuals, gays and lesbians, who otherwise would have had difficulties finding so big amount of partners. This policy severely violates the civil rights, and the religious rights of the inmates and destroys the whole society, worse than weapon of mass destruction.

11.  The men transgenders, placed in MDC between September 2017 and April 2019 has the men's characteristics of the body, tall height with strong

muscles, big hands and legs, narrow tights, and other men's characteristics. Definitely the body of the transgender is stronger and bigger than most of the women, at the same time they are provided in jail with homers to pretend whatever gender they want and also plastic surgery to remove the breasts, all of these free of charge.

12. The above mentioned man, who slept next to Iotova for six months, in January 2019 became aggressive and started to threaten Iotova, because she addressed him as him, instead of her. He was threatening her by using his men's characteristics, as his big hands, which he was clapping in her face, chasing her in the unit and screaming in her face "Are you scared, bitch?" Iotova was called also numerous times "white bitch", "stinking mouth", "the devil", and others.

13. The same man, transgender, organized his friends, most of them with big bodies and strength, to get rid of Plaintiff Iotova, and to put her in "SHU", in solitary confinement. Iotova was bullied and discriminated for everything she was doing in the unit, like closing the outside door, changing the TV channels and other small things, cursing her in Jamaican dialect and screaming loudly in her face to startle her and to scare her that the attack is eminent and she had been thinking that sooner or later she would be punched or stubbed in the face. The personnel stimulates this behavior and discriminate the women with heterosexual orientation with conservative religious views.

7

14. According to psychological forensic report, provided by Metropolitan Correctional Center Manhattan, Iotova is not supposed to stay in solitary confinement in "SHU", but the same man organized his friends to cop her out in the computer, advocating for placing of Iotova in "SHU". Iotova tried to explain to the personnel of MDC, Brooklyn, to what  bully she has been exposed, but the 99% black personnel in MDC, Brooklyn sympathized with the black transgender man and his black friends and finally put Iotova in "SHU". Unit manager Bridges of the women's department 3N is directly responsible and ordered the placement of  iotova in "SHU", that was done with the help of the other officers Jane Doe and Jane Doe, who  actively participated in her placement in "SHU" in the end of January 2019.

15. Iotova was kept in "SHU" for 15 days. According to the international laws keeping an inmate in "SHU" more than 15 days is considered a torture. Most of the inmates are kept there for one month and even three months and more. The unit manager Bridges and the counselor Spivey of unit 3 N didn't follow the orders of the judge Forrest about Iotova psychological condition, neither the forensic report of Metropolitan Correctional Center, Manhattan about the health of Iotova about her placement in SHU.  The management of the unit didn't care about Iotova psychological condition and the consequences that aggravated it really hard.  The warden and the other managerial staff of the institution are also responsible for the uncontrollable placement of people in SHU, without

8

due process of the law and without any reason, in confrontation with any regulations of BOP and DOJ. Plaintiff Iotova in "SHU" was not provided any psychological treatment, help or attention, she had no connection even with her lawyers, that violates her civil rights, guaranteed by the Constitution. The personnel just joined the bully and the discrimination Iotova has been exposed the entire time in MDC from September 2017 to August 2019, being a white, Jewish, heterosexual woman from Eastern Europe.

16. In "SHU" Iotova was not provided also with any medical or dental help, she was kept without heat in the winter and without proper food. Three times in a row she has been served for lunch peanut butter, to which Iotova is allergic. Together that she was kept hungry and cold in the winter months in New York, she had not any connection with the outside world, neither her lawyers, neither her contacts. She asked for a telephone call to her lawyer, it was denied to her. Actually nobody knew she was there because nobody could find her there. This happened at the end of January 2019 beginning of February 2019.

17. The "SHU" conditions are much worse than a scary movie. To a white, educated and intelligent women, Doctor of Economics and Business, who is not sentenced, just detained, who is not violent or dangerous for anyone, this punishment for Plaintiff Iotova is exceptionally traumatic. She has never seen anything like that is her life. People in "SHU" are treated

9

like animals, the personnel was pleased to place more people there to sadistically harass them and humiliate them. The food there is served through a small hole in the door, going to the showers is in shackles, with chains on the legs and the hands. The air is coming to the "SHU" through a small hole in the wall. At the time of the placement of Iotova there, the end of January 2019 and the beginning of February 2019 there was a fire in the whole jail, the air was contaminated with $CO_2$ and smelled of smoke. Iotova could hardly breathe and the fire alarm was frequently activated during her stay, the end of January 2019 beginning of February 2019, well known method of the concentration camps during the WWII.

18. The personnel of the institution, warden Herman Quay, the Captain John Doe and the other managers refused to provide due process of the law and the procedures of Bureau of Prisons for placing in SHU. The unit personnel with head officer Bridges refused to provide a reason why Iotova was placed in "SHU". She tried to find out why by filing the institutional BOP forms for administrative remedy 08, 09 and 10 in February 2019 and March 2019, but even after that the personnel refused to provide a reason. Actually the personnel was placing people in "SHU" just for the fun of exercising the power over the inmates, especially the black personnel who is highly discriminative to people from European countries, to suppress and feel superiority over the unprotected victims, who can't do anything to defend themselves, because the system for

10

complaints doesn't work at all and even aggravates the conditions of the confinement. Being in "SHU" deteriorated enormously the psychological condition of Iotova, who was placed in MDC by the judge Forrest from the Southern District Court of NY order to return her normal metal state after a trauma.

19. Returning to the unit from "SHU" in February 2019 to the women's unit, there were accommodated more men, their number raised to 10% of the population. This severely violated the civil rights of the inmates Iotova and Kalichenko. The situation in the unit could be described as Sodom and Gomorrah.  The above man transgender continued to show constantly his breasts, including at the fence to the men's unit, flashing and twirking his ass in the face of the women.

The transgenders were entering the beds of the women, kissing, sucking and massaging them, riding them as horses, secretly watching them undressing, and actively stimulating sex activity. Both women Plaintiffs are not aware what else has been done in the night hours but those transgenders have been noticed in few occasions together in the beds of the women.

20. The transgenders had constantly sexual abusive and seductive behavior. In any possible way they were trying to show their  plastic boobs, staying without a bra all the time, pointing nipples in tight shirts and pants, sitting demonstratively  against the woman with open legs. The

11

Plaintiffs noticed that one of the transgenders is excited, aroused, looking inside his pants, and later was noticed in the bed of another inmate woman. Here we are definitely talking about men, by birth, by nature and by law.

21. The US officers from MDC always supported that group of men in the unit 3N over the women, caring only for their rights and the rights of the gays and lesbians rather than the rights of the women. Any constitutional rights have been neglected and abused. The women are exposed to sexual harassment and assault and are discriminated against their native born gender.

22. Plaintiff Kalichenko was exposed to additional sexual assault by the personnel. She was subject to group strip and search every day for one year 2018-2019 in front of a big group of people, some of them have been also stripped, but others have been staff members only watching. One of them is Doris Evans, the most active participant of the vents. The full experience is in the previous claim, where Kalichenko describes the whole experience she had with the group search and strip. Judge Kunz denied her the claim, so Plaintiffs will not include the expose of Kalichenko. For a woman like Kalichenko from Eastern Europe, from conservative religious family, the experience to be stripped down in front of many people has been so devastating and humiliating that she literally tried two suicide attempts, has been hospitalized two times and stayed for days in critical

12

condition, totally dehydrated. The last incident of public strip and search with Kalichenko was in December 2018. Complaining to the stuff about the sexual-harassment, she has been placed also in "SHU", where are place also people with suicidal thoughts.  This is the practice of MDC, Brooklyn. Imagine what psychological effect has the isolation of the already psychologically disturbed person. How the staff is hoping to help a person by sending him in solitary confinement.  The "SHU" and the humiliating experience cost Kalichenko hard trauma. Instead to address the issues, the personnel  and the policy of the institution is hiding the situation and deny the person any psychiatric help, which aggravates the condition to the extent that he would not complain any further.

23. The appearance of the second group of men, sexually aggressive, in the women's unit shocked the two women Plaintiffs so much that they decided to complain through the institutional channels, filing new forms for administrative remedy 08, 09, 10, and 11 in the period February 2019, April 2019. Nobody responded adequately to their complaints. They were advised to file a complaint in Court. Plaintiff Issak Almaleh also delivered the same forms, complaining that his wife is placed next to men, that violates his civil rights and his religious rights. The BOP didn't respond adequately to these forms, and recommended the Plaintiffs to turn to the Court. The truth was hidden and everyone avoided to use the words as they are: men living in the women's unit.  During this 4 months Period

13

February 2019- April 2019 Plaintiffs Iotova and Kalichenko filed tort claim form SF 95 for the psychological trauma in the amount of 10 million dollars each against the institution MDC. They never received any number of their claim, neither anybody responded to it.

24. The public group strip and search continues till now in the USA institution MDC, the officers are watching the women's butts and thoroughly search every hole of their bodies. The extent of this procedure is so wide that the officers are even watching women sitting on the toilet, staying with them inside the toilet. It is severe violation of the human rights, civil rights and constitutional rights affecting both men and women, a practice allowed by the warden Quay and the rest of the staff.

25. Plaintiff Iotova experienced another humiliation regarding the practices in MDC Brooklyn. In one occasion Iotova (religious Jewish woman) asked the officer on duty miss Spivey to go to the bathroom to put her bra, because men are coming to the unit for count and she didn't want her breast to be obviously seen through the shirt. The officer didn't let her go to the bathroom or to move from her spot next to her bed and told her "You could put your bra here, we are all women". The officer even wanted to place Iotova in "SHU" for disturbing the recall order by asking to go to the bathroom. Iotova was kept half an hour without the officer to let her visit the bathroom. The incident happened in December 2018.

26. The husband of Mrs. Iotova, Mr Almaleh realized two weeks later in

February 2019 that Iotova is in "SHU" because he lost any communication with her and didn't know her location. That placement, that is against any human rights, against the civil rights of the inmates to place a mentally disturbed people in inhumane environment is considered torture in any civilized society. Almaleh couldn't do much to help her, neither Iotova's attorneys, neither her family. At the end of January, beginning of February 2019 he himself was locked 24 hours a day in a cell in the men's unit with a gay companion in the cell. The staff didn't allow anybody to exit the cells for 10 days because of the fire in the end of January 2019 - February 2019. 10 days the men's unit was kept locked in the cells, the food supply was done irregularly once a day dry food, a pack of bologna or tuna fish. The men didn't get any communication with anyone because were deprived of telephones and computers and there was no electricity and heat in the winter of 2019. The men stayed in this dark cave conditions for 10 days. For 10 days the medications were also irregularly provided, the heat was shut off the month of February 2019 in New York City. Plaintiff Almaleh suffered severe violation of his civil rights. He is disabled person over 65 years old in a wheel chair, heart disease and diabetes. In this health condition he was kept:

1. With no heat in the winter;

2. Locked in a cell 24 hours a day with no movement at all;

3. Irregular dry food supplies once a day, the first day without food at all;

15

4. Irregular supply of medications, lack of medications most of the time;

5. Total disconnection with the outside world and his family;

6. Without electricity 24 hours a day in a cave condition, where he could not even write a letter or read a book.

27. For the inhumane conditions during the fire at the end of January 2019 beginning of February 2019, Plaintiff Almaleh got blind with one eye and his movement of legs is hardly recoverable. Similar blindness is reported by the victims of the concentration camps during the WW2 as a result of lack of vitamins and minerals for normal human survival. Plaintiff Almaleh filed a tort claim SF 95 No TRT-NER-2020-00898, filed by BOP on 11/04/2019, supervisor Johnson, Regional Office North Eastern District, and tort claim SF 95 TRT-NER-2020-01355, filed on 11/18/2019, signed by Patrick Ward, supervisor and attorney, and tort claim TRT-NER-2020-01822, received 12/06/2019 and signed by Darin Howard, regional counsel. The claims of Mr. ALmaleh are registered in the regional office because were filed through an attorney company Emery Celli Brinkerhoff and Abady LLP. Six months later, that is the max legal timeframe for response, Plaintiff Almaleh still has no answer on these claims. The same company refused to help the other women Plaintiffs for lack of resources, because they have filed lots of claims for the men department at this time, and the women had to file themselves without any response from BOP.

28. Plaintiff Iotova and Plaintiff Kalichenko also suffered the same

16

conditions in the women's unit, where there are no cells, Iotova was exposed to the same lock down in the "SHU" at the same period. Being in the "SHU" she suffered also **lack of oxygen** due to the fire and the connection between the ventilation system and the smoke of the fire that penetrated entirely the system and prevented Iotova to breathe.

Plaintiff Iotova and Plaintiff Kalichenko both suffered from:

1. Irregular supplies of food;

2. Irregular once a day supply of dry food in small quantity, dry pack of tuna;

3. Total lack of communication with the entire world, no telephones, no computers;

4. No heat in the month of January and February 2019.

29. As a result of the hard conditions Iotova got psychological damages and physical damages, severe anemia, started to faint daily in the months of April and May 2019. The medical staff refused even to take blood test for a long time. Two weeks after her condition aggravated, Iotova gave blood but the treatment was delayed till Iotova fainted few times and was almost dead, with no ability to go to the bathroom and the cafeteria, and even for water, which was brought to her in bed by the other inmates.

30. Plaintiff Iotova, Almaleh and Kalichenko are  highly religious people

17

with conservative traditions from Eastern Europe. Almaleh is highly religious Jew and their Jewish family has been exposed to extreme anti-Semitism and discrimination from the 99% black personnel in the jail. Iotova and Almaleh are also politicians from the Republican Party, Florida. Confronted with 99% officers supporters of the Democratic Party, who are highly hostile and abusive to the Plaintiffs, highly prejudiced and unjust almost cost their life and damaged their health.

30. Plaintiff Almaleh was informed about the situation in the women's unit. While he is separated from his wife Plaintiff Iotova and can't protect her honor and dignity, which were abused by another men, Iotova was forced to sleep next to another men, to undress there, to share bathrooms and showers, This is abuse to the belief of the family, abuse of their religious rights, constitutional rights. The personnel of MDC Brooklyn, supervised by warden Herman Quay has lost any kind of humanity and  respect to the humans, they have lost their sense of decency and had turned the women's unit into a whore house.

**Responsible Defendants of the claim:**

1.The USA in the face of MDC policy, the lack of adequate actions by the warden Herman Quay, his personnel US officers,  and their principal BOP and DOJ are the main reason for the events above.

2. For the bully, abuse and   discrimination and other civil rights

18

violations are responsible also the members of the staff described above, including but not limited to the unit manager Bridges, officer Spivey, officer Doris Evans, other officers and guards of MDC, Brooklyn, Jane Doe and John Doe. BOP and DOJ are responsible parties for their unresponsiveness to the Plaintiffs' complaints, to the forms for administrative remedy, for continuously placing only black personnel in the institution, discriminating any other races from placement as officers and guards, that creates the conditions for further abuse and discrimination.

3. BOP regional office and DOJ are responsible because they refused to respond and ignored the problems raised by the Plaintiffs of placing men in the women's unit, of separating families in the detention centers, while placing other men with other people wife.

4. Warden Quay and his principal BOP are responsible also for their negligence during the fire at the end of January 2019 and beginning of February 2019 in MDC, when all the inmates suffered severe inhumane conditions.

5. The personnel of MDC is responsible for the illegal group strip and search, that is violation of the Forth Constitutional amendment. Even the strip and search could be justified by security reasons, group strip and search in front of a big group of guards, voieurs, is anticonstitutional and could not be justified by any policy of the

19

institution or any laws.

6. Warden Quay and BOP and DOJ are responsible for the violation of the constitutional religious rights for the Jewish women to undress in front of other men, act that could not be tolerated by any other religion. This is a mass practice in MDC, that was addressed with institutional forms 08, 09, 10 but were not responded.

7. Illegally placing in "SHU" mentally disturbed people or mentally unstable creates serious danger of aggravating. The personnel of MDC knew of the condition and purposely tried to aggravate it, behavior that is criminal of its nature. Warden Quay contributed with his inactions and negligence, as his principal BOP and DOJ.

Responsible parties are numerous officers, Jane Doe and Jane Doe and Warden Quay, who didn't respond to the institutional forms, also  BOP or DOJ who totally ignored the matter and as a result Plaintiffs suffered permanent physical and mental damages and disabilities. Mental disability is not less disability than any other but BOP and DOJ refer to it differently and refuse to address the problem. Losing your mind is as hard as losing your hearing or eyes, and Plaintiffs Iotova and Plaintiff Kalchenko literally lost their minds. Proof is available in the psychological reports for Iotova, which could not be presented here because are filed under seal and are not public information. Plaintiff Kalichenko tried two times hunger strike and was hospitalized

20

dehydrated. She really lost her mind and wanted to end her life from the unbearable conditions in MDC, Brooklyn, but she was not provided psychological reports. The reports about Iotova are provided by Carswell Texas, Federal Medical Facility, in Decemer 2019 under seal, showing her permanent damages.

For the reasons above Plaintiffs ask the Honorable Court for a decision as follows:

1. For the psychological trauma, sexual bullying, assault, religious discrimination and violations of civil rights, discrimination on gender, unbearable conditions and constant psychological trauma and the resulting mental damages Plaintiff Iotova asks for compensation of 10 million dollars.

2. For the separation of the family, abuse of the family dignity and honor, abuse of human and civil rights, constitutional and religious rights, discrimination on gender, unbearable conditions, inhumane condition and permanent physical and mental damages Plaintiff Almaleh asks for 10 million dollar compensation.

3. For the serious psychic trauma Plaintiffs ask the Honorable Court for 10 million compensation for their minor kids, and 80+ years old father, left without means and support from the Plaintiffs, who have been disabled in jail and can't further provide.

21

4. All the Plaintiffs also ask for the legal interest on the compensation from the date of the filing the first complaint.

Plaintiffs pray that their claim will be granted by the Honorable Court and the Court will grant also any other compensations that is deemed, necessary and appropriate. Please, Your Honor, don't allow all these violations, all the acts of the officers in this complaint, that are committed during their duties as officers of the Bureau of Prisons in the Department of Justice of the USA, to be left unpunished.

All the Pllaintiffs unanimously agreed with the complaint and testify under penalty of perjury that it is true and complete as possible. The complaint was signed by all the Plaintiffs but now under order of judge Kunz Olena Kalichenko is excluded from the claim, but the other participants testify that everything is true and correct according to their knowledge.

Signature:

Antoaneta Iotova:

Issak Almaleh:

Date: 07/29/2020 MANHATTAN, NY 38 W 31 STR. AP 441, NY NY 10001

22