UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANTOANETA IOTOVA and ISSAK ALMALEH,

                Plaintiffs,                                     **ORDER**
                                                          **19 CV 1957 (WFK)(LB)**

   -against-

WARDEN HERMAN QUAY, UNIT MANAGER
MYRNA BRIDGES, OFFICER KEISHA SPIVEY,
JOHN DOE, JANE DOE, and USA,

                Defendants.
------------------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

       Pursuant to the Court's October 29, 2020, Order, the U.S. Attorney's Office has provided physical addresses where service may be executed for defendants Quay and Bridges. ECF No. 95. Accordingly, the Clerk of Court shall issue amended summonses and the United States Marshals Service shall serve without prepayment of fees the Third Amended Complaint ("TAC"), ECF No. 70, the summons, and a copy of this Order on defendants Quay and Bridges at the following addresses:[1]

| Warden Herman Quay | Myrna Bridges |
|---|---|
| Legal Department | Legal Department |
| Metropolitan Detention Center - Brooklyn | Metropolitan Detention Center - Brooklyn |
| Federal Bureau of Prisons | Federal Bureau of Prisons |
| 80 29th Street | 80 29th Street |
| Brooklyn, New York 11232 | Brooklyn, New York 11232 |

 SO ORDERED.

                                                         /S/
Dated: November 13, 2020                                LOIS BLOOM
Brooklyn, New York                                  United States Magistrate Judge

---

[1] In addition, the Court's Order to serve without prepayment of fees the TAC, the summons, and a copy of the Court's Order, ECF No. 72, on defendant Keisha Spivey at the Metropolitan Detention Center, 80 29th Street Brooklyn, NY 11232, remains in effect. See ECF No. 72.